## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Luke Bussoletti,                           :
                Petitioner                :
                                  :
           v.                           :          No. 1230 C.D. 2019
                                  :
Department of Human Services,              :
                Respondent              :

**PER CURIAM**               **O R D E R**

NOW, December 18, 2020, upon consideration of Petitioner's application for reconsideration, and Respondent's answer in response thereto, the application is denied.